IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    CV 10 80 212 MISC

Kenneth Bruce Tishgart - #096206

_____/

**ORDER TO SHOW CAUSE**

It appearing that Kenneth Bruce Tishgart has been suspended for 90 days with two years probation with conditions by the Supreme Court of California effective July 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before October 8, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Kenneth Bruce Tishgart
Attorney At Law
21 Tamal Vista Blvd #202
Corte Madera, CA 94925